IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr190-MHT
                             )            (WO)
JOSEPH ANTHONY COLEMAN       )
```

### ORDER

Based on the representations made during a conference call on the record on February 8, 2022, it appears that, at sentencing on February 7, the court erred in orally granting the government's oral motion to dismiss the superseding indictment against defendant Joseph Anthony Coleman.  It was the court's impression, based on representations by probation and the government, that Coleman had pleaded to the original indictment.  In fact, he pleaded to the superseding indictment.  (Though, as it appears, the charge in the original indictment against Coleman is identical to that in the superseding indictment.)

Accordingly, it is ORDERED that, under Federal Rule of Criminal Procedure 35, so as to correct a technical

error, the court vacates its earlier oral order (Doc. 869) granting the government's oral motion to dismiss (Doc. 868) and instead grants the government's oral motion to dismiss (Doc. 875) to the extent that the original indictment (Doc. 1), but not the superseding indictment (Doc. 225), is dismissed solely as to defendant Joseph Anthony Coleman.

DONE, this the 8th day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**